UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | **2:21-cv-07837-CJC-SHK** | Date: | November 10, 2021 |
|---|---|---|---|

| Title: | ***Hester Nash v. Kilolo Kijakazi*** |
|---|---|

Present: The Honorable   Shashi Kewalramani, United States Magistrate Judge

| D. Castellanos | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings (IN CHAMBERS):    Order To Show Cause**

On October 1, 2021, Plaintiff Hester Nash ("Plaintiff") filed a Complaint ("Compl.") seeking judicial review of a decision of the Commissioner of Social Security ("Defendant"), along with a request for the Clerk to issue a summons on complaint ("Summons Request").  Electronic Case Filing Number ("ECF No.") 1, Compl.; ECF No. 2, Summons Request.  On the same day, the Clerk of Court issued a Notice to Filer of Deficiencies in Request for Issuance of Summons ("Deficiency Notice"), wherein Plaintiff was informed that "[t]he defendant's name should also be on the 'To' field/space" and that "[t]he summons cannot be issued until this defect is corrected." ECF No. 7, Deficiency Notice at 1.  The Clerk of Court further instructed Plaintiff to "[p]lease correct the defect and re-file [Plaintiff's] summons request."  Id.

On October 4, 2021, the Court issued its Case Management Order ("CMO") and ordered Plaintiff to "promptly serve the summons and complaint on the government in accordance with Rule 4(i) of the Federal Rules of Civil Procedure" and to "file an appropriate proof of service [("POS")] within **30 days** of this Order."  ECF No. 9, CMO at 1 (emphasis in original).  Thus, Pursuant to the CMO, Plaintiff's POS was due on November 3, 2021.

Despite the Clerk of Court's instruction to Plaintiff to file a corrected request for summons over one month ago, and the Court's order in the CMO to file a POS by November 3, 2021, Plaintiff has done neither.  Thus, Plaintiff is **ordered to show cause, by November 17, 2021,** why this case should not be dismissed for failure to prosecute and follow Court orders.  Plaintiff can satisfy this order by filing a POS by the date listed above.  Plaintiff is warned that failure to file a POS by November 17, 2021 **may result in the case being dismissed** with or without prejudice.

**IT IS SO ORDERED.**