JS6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| H.N., | Case No. 2:21-cv-07837-SHK |
| Plaintiff, | |
| v. | JUDGMENT |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | |
| Defendant. | |

It is the judgment of this Court that the Social Security Commissioner's decision is AFFIRMED, and this case is DISMISSED without prejudice.

DATED: 11/17/2022

_____
HON. SHASHI H. KEWALRAMANI
United States Magistrate Judge